BENJAMIN B. WAGNER
United States Attorney
KATHERINE A. PLANTE
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER P. HORGAN,<br><br>Defendant. | CASE NO. 1:16-PO-00055-SAB<br><br>MOTION AND ORDER TO CONTINUE INITIAL APPEARANCE TO MAY 19, 2016 AT 9:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Benjamin B. Wagner, United States Attorney and Katherine A. Plante, Special Assistant U.S. Attorney, hereby moves to continue the initial appearance in this matter currently scheduled for April 21, 2016 to May 19, 2016, to allow the U.S. Attorney's Office time to investigate the facts surrounding the issuance of the underlying violation notice, given the great distance the defendant would otherwise have to travel to appear on the currently scheduled date.

Dated: April 20, 2016                                    BENJAMIN B. WAGNER
                                                                          United States Attorney


                                                                          /s/ *KATHERINE A. PLANTE*
                                                                          KATHERINE A. PLANTE
                                                                          Assistant United States Attorney

**ORDER**

For good cause appearing, this Court continues the initial appearance scheduled for April 21, 2016 to May 19, 2016 at 9:00 a.m. The Defendant is ordered to appear at that continued hearing.

IT IS SO ORDERED.

Dated:   **April 20, 2016**

UNITED STATES MAGISTRATE JUDGE