# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER P. HORGAN,<br><br>Defendant. | Case No. 1:16-po-00055-SAB<br><br>ORDER DENYING DEFENDANTS' MOTIONS IN LIMINE AS MOOT<br><br>(ECF No. 12) |

On February 6, 2016, a citation in this action was filed against Defendant Christopher Horgan.  On September 29, 2016, the defendant filed motions in limine.  The Court heard oral argument on the motions in limine on October 13, 2016 and took the matter under submission.  Following the October 13, 2016 hearing the Plaintiff filed a motion to dismiss the citation against Defendant Horgan.

Based upon the motion to dismiss the citation, Defendant's motions in limine are HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **October 13, 2016**

UNITED STATES MAGISTRATE JUDGE

1