PHILLIP A. TALBERT
Acting United States Attorney
PATRICK J. SUTER
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-po-00055-SAB |
| Plaintiff, | Violation No. 3826667 |
| v. | MOTION AND ORDER FOR DISMISSAL |
| CHRISTOPHER P. HORGAN, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Patrick J. Suter, Assistant United States Attorney, hereby moves to dismiss Violation Notice 3826667 issued to Christopher P. Horgan on June 26, 2015, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 13, 2016                Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

                              By:   /s/ Patrick J. Suter
                                        PATRICK J. SUTER
                                        Assistant U.S. Attorney

1

## O R D E R

1

2      IT IS HEREBY ORDERED that Violation Notice 3826667 issued on

3 June 26, 2015 to Christopher P. Horgan be dismissed in the interest

4 of justice.

5

6 IT IS SO ORDERED.

7

Dated:   **October 13, 2016**

8                                          _____

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28